UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| PHYLLIS M. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-CV-32 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 11, 2016, [Doc. 23]. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for judgment on the pleadings, [Doc. 19], be denied, and defendant's motion for summary judgment, [Doc. 21], be granted. The plaintiff has not filed any objections to this recommendation.

Thus, after careful consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 23], that the plaintiff's motion for

judgment on the pleadings, [Doc. 19], is DENIED, and that defendant's motion for summary judgment, [Doc. 21], is GRANTED.

ENTER:

                                                s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE